IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNATHAN OLIVE, an individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-12-412-JHP |
| BOARD OF COUNTY COMMISSIONERS OF BRYAN COUNTY, OKLAHOMA; KEN GOLDEN, THE SHERIFF OF BRYAN COUNTY IN HIS OFFICIAL CAPACITY; and ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FINDINGS AND RECOMMENDATION**

This matter comes before this Court on Defendant Board of County Commissioners of Bryan County's Motion for Summary Judgment filed November 1, 2013 (Docket Entry #79). By Order entered November 13, 2013, United States District Judge James H. Payne, the judge presiding over this case, referred the subject Motion to the undersigned for the purpose of entering Findings and a Recommendation as to its final disposition.

On November 15, 2013, the parties filed a Stipulation of Dismissal With Prejudice, dismissing Plaintiff's claims against Defendant Board of County Commissioners of Bryan County, Oklahoma. As a result of this dismissal, the undersigned recommends that Defendant Board of County Commissioner's summary judgment motion be deemed moot.

BASED UPON THE FOREGOING, IT IS THE RECOMMENDATION OF THE

UNDERSIGNED that Defendant Board of County Commissioners of Bryan County's Motion for Summary Judgment filed November 1, 2013 (Docket Entry #79) be deemed **MOOT**.

The parties are herewith given fourteen (14) days from the date of the service of these Findings and Recommendation to file with the Clerk of the court any objections, with supporting brief. Failure to object to the Findings and Recommendation within fourteen (14) days will preclude appellate review of the findings made herein.

IT IS SO ENTERED this 18th day of November, 2013.

_____
KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE