**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOHNATHAN OLIVE,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 12-CV-0412-JHP** |
| | ) | |
| **BOARD OF COUNTY** | ) | |
| **COMMISSIONERS OF BRYAN** | ) | |
| **COUNTY, OKLAHOMA,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER AFFIRMING AND ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES
MAGISTRATE JUDGE**

On March 13, 2014, the United States Magistrate Judge entered a Report and

Recommendation in regard to Defendant Advanced Correctional Healthcare, Inc.'s Motion to

Dismiss [Doc. No. 50]. The Magistrate Judge recommended that Defendant Advanced

Correctional Healthcare, Inc.'s Motion to Dismiss [Doc. No. 50] be deemed **MOOT**. [Doc. No.

118]. The Magistrate Judge advised the parties of their right to file objections to the Report of

Recommendation within fourteen (14) days from the date of the service thereof. *See* 28 U.S.C. §

636(b)(1) and Fed. R. Civ. P. 72(b). The parties did not file any objections to the Report and

Recommendation.

The Court has carefully reviewed the parties' submissions, the record, and the Report and

Recommendation of the Magistrate Judge. This Court finds that the Order of the Magistrate

Judge is well reasoned and supported by the record. Therefore, upon full consideration of the

entire record and the issues presented herein, this Court finds and orders that the Report and

Recommendation entered by the United States Magistrate Judge on March 13, 2014, be

**AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

**IT IS SO ORDERED** this 28th day of March, 2014.

James H. Payne
United States District Judge
Eastern District of Oklahoma